ACCEPTED
06-15-00129-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/20/2015 2:45:42 PM
DEBBIE AUTREY
CLERK

No. 06-15-00129-CR

|  |  |  |
|---|---|---|
| James Cunningham, | § | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| Appellant, | § | In The |
|  | § | Court of Appeals 11/20/2015 2:45:42 PM |
|  | § | DEBBIE AUTREY |
| v. | § | For The Clerk |
|  | § |  |
| State of Texas, | § | Sixth Judicial District, |
| Appellee. | § | Texarkana, Texas |

## MOTION TO WITHDRAW

Comes now, Clint F. Sare, counsel for Appellant, James Barcard Cunningham, in the above styled and numbered appeal. Movant seeks leave to withdraw as counsel for appellant and would show the Court:

Movant was appointed to represent Appellant on appeal from his conviction for the offense of Felon in Possession of a Firearm.

After conducting a diligent search of the record and reviewing the applicable law, movant has found no meritorious ground to support the appeal.

Movant has prepared a brief setting out the evidence presented at trial, the applicable law, some of the potential issues for appeal and discussing why the record does not support the appeal.

Movant certifies he has provided a copy of this motion, the supporting brief and a copy of the appellate record to appellant with the attached letter explaining his right to review the record and submit a response to the Court and to file a petition for discretionary review in the event this court affirms his conviction.

**Prayer**

Movant prays the Court conduct an independent examination of the record and any response submitted by appellant and render an order granting leave to withdraw from representation of appellant.

Respectfully submitted,

_/s/__Clint Sare_____
Clint F. Sare
Tex. Bar No. 00788354
P.O. Box 1694
Bryan, Texas 77806
(979) 822-1505
cfs@sarelaw.com
Attorney for appellant
James Cunningham

**Certificate of Service**

I certify a copy of appellant's Motion to withdraw was served on Doug Howell, 300 E. 26th Street Ste. 310, Bryan, 77803 by personal service on November 20, 2015.

_/s/__Clint Sare_____
Clint F. Sare

# CLINT F. SARE
### ATTORNEY AT LAW

102 E. 26TH ST.
BRYAN, TEXAS 77803

979-822-1505
979-822-1365 (fax)

P.O. BOX 1694
BRYAN, TX 77842

cfs@sarelaw.com

November 20, 2015

James Barcard Cunningham
TDCJ # 02008042
295 I.H. 45 North
Huntsville TX 77320

Re:     Appeal from Brazos No. 14-04342-CRF-85

Dear Mr. Cunningham:

Enclosed please find a motion and supporting brief I have prepared in the appeal from the judgment of the 85th District Court in Brazos County cause numbers 14-04342-CRF-85. As discussed in the brief, after examining the evidence introduced at trial, I was unable to find a basis which would support reversal of the trial court's judgment. Although the brief identifies some potential errors, these errors would not require reversal. Because I am barred from making arguments which would not support reversal or modification on appeal, I am required to ask the court to permit me to withdraw from the case. You may review the testimony from the trial and send a response to the Court of Appeals giving any reasons you believe the appeal should proceed.

I have enclosed a copy of the trial court documents and testimony for your review. Please remember the court is limited to considering what happened at trial rather than events which were not raised by the testimony or may have occurred after trial. The court will review my brief, any responses you file, and the record from the trial court to determine if there is a ground which could support the appeal. If it finds such ground, it will send the case back to the trial court for another attorney to submit a brief in support. If the court of appeals affirms the convictions, you will receive notice and be entitled to file a petition for discretionary review in the Court of Criminal Appeals.

Sincerely,